UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH ABRUSCATO, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 12-cv-322 |
| MEDICAL BUSINESS BUREAU, LLC; EQUIFAX INFORMATION SERVICES, LLC; SWEDISH EMERGENCY ASSOCIATES, PC, | ) ) ) ) ) ) | Judge James B. Zagel Magistrate Judge Maria Valdez |
| Defendants. | ) ) ) | |

**DEFENDANT SWEDISH EMERGENCY ASSOCIATES, PC's
<u>12(b)(6) MOTION TO DISMISS</u>**

Swedish Emergency Associates, PC ("Swedish Emergency"), by its attorneys, Foley & Lardner LLP, respectfully moves the Court to dismiss Plaintiff Joseph Abruscato's ("Plaintiff") sole claim against Swedish Emergency with prejudice, and in support thereof states as follows:

1.  Plaintiff purports to bring a claim against Swedish Emergency under the Illinois Consumer Fraud Act, 815 ILCS 505/2 (the "ICFA") due to alleged attempts to collect—not on the part of Swedish Emergency, but rather others—from Plaintiff amounts owed on a medical bill for which Plaintiff says he made a claim under the Illinois Workers Compensation Act. (Compl. at Count IV)  Plaintiff alleges no conduct on the part of Swedish Emergency that could even remotely be considered a deceptive act, which Plaintiff must do to state a claim under the ICFA. *E.g.*, *Oliveira v. Amoco Oil Co.*, 201 Ill. 2d 134, 149, 776 N.E.2d 151, 160 (Ill. 2002). To the contrary, Plaintiff alleges that Swedish Emergency billed Plaintiff's *employer* for the treatment, and that Plaintiff's *employer's* error resulted in nonpayment of the medical bill.

(Compl. at ¶¶ 15-16 & Ex. A)  Plaintiff alleges no further conduct on the part of Swedish Emergency.

2.  Rather, the sole claim Plaintiff raises against Swedish Emergency is based on his conclusory allegation that Swedish Emergency is "liable as the principal for collection efforts of Defendant Medical Business Bureau, LLC ['MBB'] and any other collection agencies it used" (*Id.* at ¶ 79), and that MBB purportedly was acting as an agent for Swedish Emergency (*Id.* at ¶ 20).  However, Plaintiff can state no fact suggesting that there is an agency relationship between Swedish Emergency and MBB and there, in fact, is no agency relationship here.  Under controlling law, Plaintiff's conclusory allegation of agency carries no weight.  Swedish Emergency must be dismissed from this lawsuit as Plaintiff's ICFA claim against Swedish Emergency fails as a matter of law.  *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007); *see also, e.g.*, *Sefton v. Toyota Motor Sales U.S.A.*, No. 09 C 3787, 2010 WL 1506709, *3 (N.D. Ill. Apr. 14, 2010); *Tribett v. BNC Mortg., Inc.*, No. 07 C 2809, 2008 WL 162755 (N.D. Ill, Jan. 17, 2008).

3.  Swedish Emergency further incorporates by reference its Memorandum in Support of its Motion to Dismiss, which it is filing contemporaneously herewith.

WHEREFORE, Defendant Swedish Emergency Associates respectfully requests that this Court:

    a.    Grant this Motion;

    b.    Dismiss Count IV of Plaintiff's Complaint with prejucide; and

    c.    Award Swedish Emergency any other relief that the Court deems just and equitable.

4843-2152-1678.1

Dated: February 28, 2012 Respectfully submitted,

        s/<u>Benjmain B. Folsom</u>
David B. Goroff (IL Bar No. 06190039)
Benjamin B. Folsom (IL Bar No. 06292830)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
312.832.4500
312.832.4700
dgoroff@foley.com
bfolsom@foley.com

Attorneys for Defendant Swedish Emergency Associates, PC

## **CERTIFICATE OF SERVICE**

      I, Benjamin B. Folsom, an attorney, hereby certify that on February 28, 2012, I electronically filed the foregoing **Defendant Swedish Emergency Associates, P.C.'s 12(b)(6) Motion to Dismiss** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Tara L. Goodwin<br>Rupali R. Shah<br>EDELMAN, COMBS, LATTURNER &<br>GOODWIN LLC<br>120 S. LaSalle Street, 18th Floor<br>Chicago, Illinois 60603<br>courtecl@edcombs.com<br>ccombs@edcombs.com<br>jlatturner@edcombs.com<br>tgoodwin@edcombs.com<br>rshah@edcombs.com<br>*Attorneys for Plaintiff Joseph Abruscato* | David M. Schultz<br>Corinne Cantwell Heggie<br>Hinshaw & Culbertson LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601-1081<br>dschultz@hinshawlaw.com<br>cheggie@hinshawlaw.com<br><br>*Attorneys for Defendant Medical Business Bureau, LLC* |

Lewis P. Perling
Barry Goheen
Michael D. Douglas
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
lperling@kslaw.com
bgoheen@kslaw.com
mdouglas@kslaw.com

Jeremy S. Unruh
Polsinelli Shughart, P.C.
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
junruh@polsinelli.com
*Attorneys for Defendant Equifax Information Services, LLC*

                                                                     /s/    Benjamin B. Folsom
                                                                          Benjamin B. Folsom