**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH ABRUSCATO and TIMOTHY WILSON, on behalf of themselves and others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 12-cv-00322 |
| v. ) ) | Judge James B. Zagel |
| ) | Magistrate Judge Maria Valdez |
| MEDICAL BUSINESS BUREAU, LLC; ) EQUIFAX INFORMATION SERVICES, LLC, ) ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff Joseph Abruscato, through his attorneys, hereby informs this Court that plaintiff Abruscato and defendant Equifax Information Services, LLC have reached a settlement on an individual basis. Plaintiff Abruscato will file a stipulation of dismissal, dismissing his claims against Equifax Information Services, LLC with prejudice and the claims of the members of the putative class against Equifax Information Services, LLC without prejudice, once the settlement is consummated.

                         Respectfully submitted,

                         s/Tara L. Goodwin
                         Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Rupali R. Shah
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

  I, Tara L. Goodwin, hereby certify that on May 30, 2012, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

| | |
|---|---|
| Nicholas D. O'Conner<br>noconner@hinshawlaw.com | David M. Schultz<br>dschultz@hinshawlaw.com |
| Lewis P. Perling<br>lperling@kslaw.com | Jeremy S. Unruh<br>junruh@polsinelli.com |
| Barry Goheen<br>bgoheen@kslaw.com | Michael D. Douglas<br>mdouglas@kslaw.com |
| Corinne C. Heggie<br>cheggie@hinshawlaw.com | Rodney Lewis<br>rodneylewis@polsinelli.com |

                s/Tara L. Goodwin
                Tara L. Goodwin