**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH ABRUSCATO and TIMOTHY WILSON, on behalf of themselves and others similarly situated, )<br>)<br>)<br>) | |
| ) | Case No. 12-cv-00322 |
| Plaintiffs, ) | |
| v. ) | Judge James B. Zagel |
| ) | Magistrate Judge Maria Valdez |
| MEDICAL BUSINESS BUREAU, LLC; )<br>EQUIFAX INFORMATION SERVICES, LLC, )<br>) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiffs Joseph Abruscato and Timothy Wilson, through their attorneys, hereby inform this Court that plaintiffs Abruscato and Wilson and defendant Medical Business Bureau, LLC have reached a settlement on an individual basis. Plaintiffs will file a stipulation of dismissal, dismissing their claims against Medical Business Bureau, LLC with prejudice and the claims of the members of the putative class against Medical Business Bureau, LLC without prejudice, once the settlement is consummated.

Respectfully submitted,

s/Tara L. Goodwin
Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Rupali R. Shah
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Tara L. Goodwin, hereby certify that on August 15, 2012, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

| | |
|---|---|
| Nicholas D. O'Conner<br>noconner@hinshawlaw.com | David M. Schultz<br>dschultz@hinshawlaw.com |
| Corinne C. Heggie<br>cheggie@hinshawlaw.com | Jeremy S. Unruh<br>junruh@polsinelli.com |
| David M. Schultz<br>dschultz@hinshawlaw.com | Michael D. Douglas<br>mdouglas@kslaw.com |
| Lewis P. Perling<br>lperling@kslaw.com | Rodney Lewis<br>rodneylewis@polsinelli.com |
| Barry Goheen<br>bgoheen@kslaw.com | |

                                            s/Tara L. Goodwin
                                            Tara L. Goodwin